AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the

## Eastern District of California

UNITED STATES OF AMERICA

v.

SHAWN SPENCER HEMPHILL

)
)
)
)
)

Case No. 6:26-
mj-00006-HBK

### ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; report to the USM Office in San Diego for processing by no later than Friday 2/27/2026 before 4:00 PM.

(4)

(5) The defendant must appear at:    U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
_____
*Place*

9004 Castle Cliff Court, Yosemite, CA
_____
on                                          4/7/2026 at 10:00 AM
_____
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 2/17/2026 _____                _____
                                                          *Defendant's signature*

Date: 2/17/2026 _____                _____
                                                          *Judicial Officer's Signature*

Helena Barch-Kuchta, United States Magistrate Judge
_____
*Printed name and title*